# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144651

WALGREEN COMPANY,
     Plaintiff/Counter-Defendant-Appellant,

v

RDC ENTERPRISES, L.L.C.,
     Defendant/Counter-Plaintiff/Cross-
     Plaintiff/Cross-Defendant-Appellee,

and

CINCINNATI INSURANCE COMPANY,
     Defendant/Counter-Plaintiff/Cross-
     Defendant-Appellee,

and

HARLEYSVILLE LAKE STATES
INSURANCE COMPANY,
     Defendant/Counter-Plaintiff/
     Cross-Plaintiff-Appellee,

and

ICON IDENTITY SOLUTIONS, INC.,
and LINDHOUT ASSOCIATES
ARCHITECTS, A.I.A., P.C.,
     Defendants/Cross-
     Defendants-Appellees,

and

J.G. MORRIS, L.L.C., d/b/a J.G. MORRIS
COMPANY,
     Defendant/Counter-Plaintiff/Cross-
     Plaintiff/Cross-Defendant/Third-
     Party Plaintiff-Appellee,

and

SC: 144651
COA: 293608
Livingston CC: 07-023023-CK

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and ST. PAUL TRAVELERS,
      Defendants-Appellees,

and

TRC SERVICES,
      Defendant/Cross-Defendant,

and

PROVIDENCE STEEL & SUPPLY, INC.,
      Third-Party Defendant.
_____/

      On order of the Court, the application for leave to appeal the August 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012                   _____

d1015                                     Clerk